DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TONY LEE SIRMONS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1086

[June 13, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 562008CF000766A.

Tony Lee Sirmons, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***